180

494 A.2d 1102

**COMMONWEALTH of Pennsylvania**

**v.**

**Cornelius HUNTER, Petitioner.**

Supreme Court of Pennsylvania.

July 2, 1985.

Petition granted, No. 40 W.D. Appeal Docket 1985.